1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMERICAN GENERAL HOME EQUITY INC., a Delaware corporation,

    Plaintiff,

v.

KENNETH E. ROBERSON SR and MARIA LUZ-ROBERSON, husband and wife individually and the marital community composed thereof, THE ROBERSON SR. FAMILY TRUST; D. SCOTT HEINEMAN, as Trustee of the Roberson Sr. Family Trust; KURT F. JOHNSON, as Trustee of the Roberson Sr. Family Trust; D. SCOTT HEINEMAN, Trustee, as Attorney-in-Fact for Kenneth E. Roberson and Maria Luz-Roberson of the Roberson Sr. Family Trust; and D. SCOTT HEINEMAN and JANE DOE HEINEMAN, husband and wife, individually and the marital community composed thereof; AND KURT F. JOHNSON and JANE DOE JOHNSON, husband and wife, individually and the marital community composed thereof,

    Defendants.

Case No. C05-5135RJB

ORDER GRANTING KENNETH ROBERSON, SR.'S MOTION FOR CONTINUANCE

    This matter comes before the court on defendant Kenneth Roberson, Sr.'s Motion for Continuance Regarding Minute Order of Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. 10. The court has considered the relevant documents and the remainder of the file herein.

ORDER
Page - 1

| | |
|---|---|
| 1 | On February 23, 2005, American General Home Equity Inc. filed a Complaint for Declaratory |
| 2 | Judgement and Other Relief, against Mr. Roberson Sr. and other defendants as noted in the caption of this |
| 3 | case. Dkt. 1. On February 24, 2005, the court issued a Minute Order Regarding Initial Disclosures, Joint |
| 4 | Status Report, and Early Settlement. Dkt. 3. In that Minute Order, the court set dates regarding the |
| 5 | FRCP 26(f) Conference (May 11, 2005), the Initial Disclosures pursuant to FRCP 26(a)(1) (May 18, |
| 6 | 2005), and the Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and Local |
| 7 | Rule CR 16 (May 25, 2005). |
| 8 | On May 5, 2005, Mr. Roberson filed a motion, requesting that the dates set in the court's February |
| 9 | 24, 2005 minute order be continued for two months, because he was not served with a copy of the |
| 10 | complaint until March 18, 2005. Plaintiff did not note the motion, as is required by Local Rule CR 7. |
| 11 | Pursuant to Local Rule CR 7(d)(2), this is a motion for relief from a deadline imposed by an order of the |
| 12 | court. Accordingly, the motion was noted by the clerk, pursuant to Local Rule CR 7, for consideration on |
| 13 | May 20, 2005. See Dkt. 10. Plaintiff's counsel has received notice of the filing of this motion by the |
| 14 | court's electronic filing system; plaintiff has not filed a response to the motion. In this instance, because |
| 15 | plaintiff's counsel received notice of the filing of this motion by the court, the court should consider this |
| 16 | motion. In the interest of fairness and efficiency, the court should grant Mr. Roberson's request and |
| 17 | extend the time for the Rule 26(f) conference, the initial disclosures, and the joint status report and |
| 18 | discovery plan. |
| 19 | The court notes that several defendants have been named in this case, but no one other than Mr. |
| 20 | Roberson has yet appeared. Mr. Roberson is informed that, any documents he files in this case in the |
| 21 | future must be served on plaintiff's counsel and on each codefendant who appears in this case; plaintiff |
| 22 | must also file a certificate of service, as is required by Fed.R.Civ.P. 5. |
| 23 | In his motion for a continuance, Mr. Roberson stated that "[d]efendants request the same |
| 24 | consideration of time that the Plaintifs [sic] had since filing on February 23, 2005." Dkt. 10. At this point, |
| 25 | Mr. Roberson is proceeding *pro se* in this matter. Although a nonattorney may appear *pro se* on behalf of |
| 26 | himself, he has no authority to appear as an attorney for others. *C.E. Pope Equity Trust v. United States*, |
| 27 | 818 F.2d 696, 697 (9th Cir. 1987); *Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997). Mr. |
| 28 | Roberson is not representing any of the other named defendants in this case, and he may not file documents |

ORDER
Page - 2

or otherwise appear on behalf of the other parties named as defendants in this matter.

Therefore, it is hereby

**ORDERED** that defendant Kenneth Roberson, Sr.'s Motion for Continuance Regarding Minute Order of Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 10) is **GRANTED**. It is **ORDERED** that the FRCP 26(f) Conference must be held no later than July 20, 2005; the Initial Disclosures pursuant to FRCP 26(a)(1) must be made no later than July 27, 2005; and the Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and Local Rule CR 16 must be filed no later than August 3, 2005.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 20th day of May, 2005.

Robert J. Bryan
United States District Judge