IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMERICAN GENERAL HOME EQUITY INC., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH E. ROBERSON, *et al*, <br><br> Defendants. | Case No. C05-5135RJB <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF ALL CLAIMS |

THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal of All Claims. The Court considered the Motion and the files and records in this matter and finds that the Defendants have not yet answered or filed any counterclaim. Although Plaintiff has noted the motion for April 28, 2006, there is no reason for delay in granting this motion since Plaintiff has complied with Fed. R. Civ. P. 41(a). THEREFORE, it is hereby ORDERED that

1. Defendants Kenneth and Maria Roberson are dismissed from this action with prejudice and without costs to either party.

2. Defendants the Roberson Sr. Family Trust; D.Scott Heineman, as Trustee of the Roberson Sr. Family Trust; Kurt F. Johnson, as Trustee of the Roberson Sr. Family Trust; D. Scott Heineman, Trustee, as Attorney-in-Fact for Kenneth E. Roberson and Maria Luz-Roberson, and Kurt F. Johnson, Trustee, as Attorney-in-Fact for Kenneth E. Roberson and Maria Luz-Roberson of the Roberson Sr. Family Trust; and D. Scott Heineman and Jane Doe Heineman, husband and wife, individually and the marital community composed thereof, and Kurt F. Johnson and Jane Doe Johnson, husband and wife, individually and the marital community composed thereof are dismissed without prejudice and without costs to either party.

DATED this 5th day of April, 2006.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge